1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14
15
16

ESTATE OF PATRICIA CALDWELL,
through her Personal Representative PAUL
CALDWELL, *et al.* ,

        Plaintiffs,

      v.

CONNECTICUT GENERAL LIFE
INSURANCE, *et al.* ,

        Defendants.

Case No. C06-5636FDB

ORDER OF DISMISSAL

17
18
19

      Pursuant to Fed. R. Civ. P. 41(a), the all the parties in this case have stipulated [Dkt. # 31] to the dismissal of all of Plaintiffs' claims against all Defendants with prejudice and without attorney fees or costs awarded to any of the parties. NOW, THEREFORE,

20
21

      IT IS ORDERED: this cause of action is DISMISSED pursuant to the parties' stipulation [Dkt. # 31].

22

      DATED this 1st day of March, 2007.

23
24
25

                                   _____
                                  FRANKLIN D. BURGESS
                                  UNITED STATES DISTRICT JUDGE

26

ORDER - 1